UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

      - against -                11 Cr. 312 (JGK)

JAMES RUSSELL,                     SPEEDY TRIAL ORDER

            Defendant.

---

JOHN G. KOELTL, District Judge:

For the reasons stated on the record, the defendant's motion to suppress is **granted**. The Clerk is directed to close Docket No. 16.

SO ORDERED.

Dated:    New York, New York
         November 9, 2011

                                      John G. Koeltl
                                  United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: __11-9-11__